# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>         Plaintiff(s),<br><br>     v.<br><br>NOHO 1, L.P., et al.<br><br>         Defendant(s). | CASE NO.<br>2:19−cv−06350−DSF−AS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before 2/8/2021.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: January 8, 2021          /s/ *Dale S. Fischer*
                                                 Dale S. Fischer
                                                 United States District Judge