# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

          Plaintiff(s),

    v.

NOHO 1, L.P., et al.

          Defendant(s).

CASE NO.
2:19–cv–06350–DSF–AS

**Order to Show Cause re
Dismissal for Lack of
Prosecution**

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before October 25, 2021.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: September 24, 2021

          /s/ *Dale S. Fischer*
Dale S. Fischer
United States District Judge