JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>  Plaintiff,<br><br>   v.<br><br>NOHO 1, L.P., et al.,<br>  Defendants. | CV 19-6350 DSF (ASx)<br><br>JUDGMENT |

  The Court having granted a motion for default judgment,

  IT IS ORDERED AND ADJUDGED that:

  Defendants Noho 1, L.P. and Noho 1 GP, Inc. bring Big Wangs, a restaurant owned by Defendants, located at 5300 Lankershim Boulevard, North Hollywood, California, into compliance with the Americans with Disabilities Act and the California Unruh Civil Rights Act by:

1. Providing accessible tables with a minimum toe clearance of 17 inches for use by people with disabilities; and

2. Providing accessible restroom(s) by wrapping under sink pipes to minimize the chance of burns.

  Plaintiff shall further take $4,000 in damages, $8,235 in attorney's fees, and costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 16, 2022

                 *Dale S. Fischer*
                 Dale S. Fischer
                 United States District Judge